IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| ROBERT EARL CULBERSON, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. CIV-21-458-D |
| | ) | |
| WEISER SECURITY SERVICES, INC., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is Defendant's Motion to Dismiss Complaint [Doc. No. 10] under Fed. R. Civ. P. 12(b)(6). Plaintiff has responded by filing the Amended Complaint [Doc. No. 11], as authorized by Fed. R. Civ. P. 15(a)(1)(B). The Court finds Defendant's Motion directed at the original Complaint is moot. *See Davis v. TXO Prod. Corp.*, 929 F.2d 1515, 1517 (10th Cir. 1991) (amended complaint supersedes the original); *see also Predator Int'l, Inc. v. Gamo Outdoor USA, Inc.*, 793 F.3d 1177, 1180-81 (10th Cir. 2015); *Mink v. Suthers*, 482 F.3d 1244, 1254 (10th Cir. 2007).

**IT IS THEREFORE ORDERED** that Defendant's Motion to Dismiss Complaint [Doc. No. 10] is **DENIED** without prejudice to a new filing, if appropriate, in response the Amended Complaint.

**IT IS SO ORDERED** this 22nd day of June, 2021.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge